AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rose, Thomas M. | U.S. District Ct., S.D. Ohio | 06/20/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

200 West Second Street
9th Floor, Federal Building
Dayton, OH 45402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Wiggins & Rose Stables L.L.P. |
| 2. | Partner | KSJ Stables Llp |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1976 | Public Employees Retirement System, no control, retirement |
| 2. | 2005 | Northwestern Mutual Individual retirement account - self directed (rolled from Ohio Deferred Comp Fund) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 06/20/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Ohio Public Employee Retirement System (Retirement) | $78,432.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 06/20/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 06/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amcap Fund Inc. Class A Am Funds | A | Dividend | K | T | | | | | |
| 2. Small Cap World Fund Class A Am Funds | A | Dividend | K | T | | | | | |
| 3. Aim Mutual Fund Inc. Class A Am Funds | C | Dividend | K | T | | | | | |
| 4. Capital World Bond Fund Class A Funds | A | Dividend | L | T | | | | | |
| 5. Euro Pacific Growth B Fd. Class A Am Funds | A | Dividend | K | T | | | | | |
| 6. Archer - Daniels - Midland Co. | A | Dividend | | | Sold | 08/03/11 | K | D | |
| 7. Babcock Wilcox | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 8. Bank of Am Coop Pref | A | Dividend | J | T | | | | | |
| 9. Berkshire | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 10. BP P L C ADR Spon | A | Dividend | | | Sold | 04/04/11 | J | B | |
| 11. Central Fund of Canada LTD CL | A | Dividend | | | Sold | 09/29/11 | K | | |
| 12. Chesepeake Corp | A | Dividend | | | Sold | 08/13/11 | J | B | |
| 13. | | | | | Buy (add'l) | 03/16/11 | J | | |
| 14. | | | | | Sold | 08/13/11 | J | A | |
| 15. Cisco System Inc. | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 16. Citigroup Cap Trust | A | Dividend | J | T | | | | | |
| 17. Claymore Exchange/ Zacks YLD nka Guggenheim Mult | A | Dividend | | | Sold | 08/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 06/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Comm Vault Sys | A | Dividend | | | Sold | 08/03/11 | J | B | |
| 19.  Exelon Corp | A | Dividend | | | Sold | 08/05/11 | J | A | |
| 20.  Fomento Economico Mexicano | A | Dividend | | | Sold | 03/07/11 | K | D | |
| 21.  Huntington Bancshares | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 22.  Ishares Tr DJ Sel Div Indx | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 23.  Ishares Tr Ftse Zihua IDX (Y) | | | | | | | | | |
| 24.  Ishares TR S&P Global 100 (Y) | | | | | | | | | |
| 25.  J.P. Morgan Chase | A | Dividend | J | T | | | | | |
| 26.  McDermott | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 27.  Microsoft Corp | A | Interest | | | Sold | 08/03/11 | J | A | |
| 28.  Napoleon Ohio SD GO Bonds 12/1/14 | A | Dividend | K | T | | | | | |
| 29.  Nat City Cap | A | Dividend | J | T | | | | | |
| 30.  PNC | A | Dividend | | | Sold | 03/11/11 | J | B | |
| 31.  Newell Rubbermaid Inc | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 32.  Northridge Ohio SD (Mont Co) GO Bonds 12/1/16 | A | Dividend | K | T | | | | | |
| 33.  Oracle | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 34.  SPDR Index SHS FDS Mideast Africa | A | Dividend | | | Sold | 03/07/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 06/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Springfield Ohio SD (Y) | | | | | | | | | |
| 36. Wilmington Ohio Water Rev Bond | A | Dividend | J | T | | | | | |
| 37. Wisdomtree Trust Emg Mkts | A | Dividend | | | Sold | 03/07/11 | J | A | |
| 38. $American Muni Power Ohio Inc Revenue Bond 2/1/12 | A | Interest | K | T | | | | | |
| 39. @$Buckeye Ohio TOB Settlem BE Fing Auth Asset 6/1/12 | B | Interest | K | T | | | | | |
| 40. $Celina Ohio G.O. Bond 12/1/20 | A | Interest | K | T | | | | | |
| 41. $Centerville Ohio Hlth Ca (Bethany Luthern) Vlg Proj 11/1/14 | A | Interest | K | T | | | | | |
| 42. $Centerville Ohio Hlth Ca (Bethany Lutheran) Vlg. Proj 11/17 | B | Interest | K | T | | | | | |
| 43. $Clyde Green Springs School Dist. Obligation Bond 12/1/15 | A | Dividend | K | T | | | | | |
| 44. $Cuyahoga Cnty Ohio Hosp Revenue Bonds | A | Interest | | | Redeemed | 11/22/11 | J | | |
| 45. Fairfield Co. Hospital (Y) | | | | | | | | | |
| 46. Field, OH Local Sch GO Bonds 12/1/18(X) | A | Dividend | J | T | | | | | |
| 47. Franklin Co Health Care Fac Bond (Ohio Presb) 7/1/26 | A | Dividend | J | T | | | | | |
| 48. $Franklin County Ohio Hea Care Facs (Y) | | | | | | | | | |
| 49. $Franklin Ohio Pub Imps General Obligation Bonds 12/1/11 | A | Interest | | | Redeemed | 12/01/11 | J | | |
| 50. Franklin City (Warren Co) OhioVAR (Y) | | | | | | | | | |
| 51. General Electric | A | Dividend | | | Sold | 08/03/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. $Hamilton Cnty Ohio Hlth Care Fac Bonds 1/1/13 | B | Interest | K | T | | | | | |
| 53. $Hamilton County Ohio Facs Rev Bonds Children's Hosp 5-13/14 | B | Interest | K | T | Redeemed (part) | 05/16/11 | J | | |
| 54. $Huber Hts (Montgomery Co) 12/1/10 (Y) | | | | | | | | | |
| 55. $Independence Ohio LSD 12/1/16 | A | Interest | K | T | | | | | |
| 56. Juniper Networks | A | Dividend | | | Sold | 08/03/11 | J | A | |
| 57. $Lorain County Ohio Hosp Ref & Impt Rev Bonds Catholic Hltcr | A | Interest | | | Redeemed | 10/03/11 | K | | |
| 58. $Mahoning County Ohio Gen Obligation Bonds12/1/21 | B | Interest | K | T | | | | | |
| 59. #SMansfield (Richland Cnty) Genl Oblig Bonds12/1/13 | B | Interest | K | T | | | | | |
| 60. Mahoning Co. Ohio Fac Bonds (Y) | | | | | | | | | |
| 61. $Ohio St Bldg Auth Revenu Bonds 10/1/10 (Y) | | | | | | | | | |
| 62. $Ohio St Higher Edl Fac (Ohio Christian Univ Proj) 11/27(Y) | | | | | | | | | |
| 63. Ohio St Water Dev. Bonds (First Eng) 7/1/33 | A | Dividend | K | T | | | | | |
| 64. ThornburgValue Fund - A Exchange in | A | Dividend | | | Sold | 08/02/11 | L | E | |
| 65. Sweney Cartwright Stock Cash Account | B | Interest | J | T | | | | | |
| 66. Wiggins & Rose Stables L.L.P. | | None | J | W | | | | | |
| 67. KSJ Stables LLP | D | Distribution | J | W | | | | | |
| 68. Alerian MLP ETF | A | Interest | K | T | Buy | 03/07/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 06/20/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Alcoa | A | Dividend | | | Buy | 03/16/11 | J | | |
| 70. | | | | | Sold | 08/03/11 | J | A | |
| 71.  Conoco Phillips | A | Dividend | | | Buy | 04/04/11 | J | | |
| 72. | | | | | Sold | 08/03/11 | J | A | |
| 73.  Thornburg LTD | B | Interest | L | T | Buy | 08/02/11 | L | | |
| 74.  Duke Energy | A | Dividend | K | T | Buy | 09/02/11 | K | | |
| 75.  Johnson Control | A | Dividend | J | T | Buy | 09/22/11 | J | | |
| 76. | A | Dividend | J | T | Buy | 10/06/11 | J | | |
| 77.  Dupont | A | Dividend | J | T | Buy | 09/22/11 | J | | |
| 78. | A | Dividend | J | T | Buy | 09/27/11 | J | | |
| 79.  Caterpiller | A | Dividend | K | T | Buy | 10/28/11 | K | | |
| 80. | A | Dividend | K | T | Buy | 12/19/11 | K | | |
| 81.  Eaton | A | Dividend | J | T | Buy | 10/28/11 | J | | |
| 82.  Corning | A | Dividend | K | T | Buy | 11/01/11 | K | | |
| 83.  Ford | A | Dividend | J | T | Buy | 11/04/11 | J | | |
| 84.  Microsoft | A | Dividend | J | T | Buy | 11/07/11 | J | | |
| 85.  Conoco Phillips | A | Dividend | J | T | Buy | 10/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 06/20/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cleveland Ohio ARPT Sys Revenue 1/1/18 | A | Interest | K | T | Buy | 10/05/11 | K | | |
| 87. Cleveland Ohio ARPT Sys Revenue 1/1/15 | A | Interest | K | T | Buy | 11/29/11 | K | | |
| 88. Ohio State Wtr Dev Auth Bond 6/1/33 | A | Interest | J | T | Buy | 10/5/11 | J | | |
| 89. Hamnilton Cty, OH Swr Sys FAC Bonds 12/1/17 (X) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 06/20/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rose, Thomas M. | 06/20/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas M. Rose**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544